Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. NATHANIAL JAMES HASHER, Defendant. | CASE NO. MJ26-5101<br>COMPLAINT for VIOLATION<br>Title 18, United States Code, Section 875(c) |

BEFORE, Michelle L. Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

**<u>COUNT 1</u>**

**(Threats by Interstate Communications)**

On or about November 13, 2025, through November 14, in Clark County, in the Western District of Washington, and elsewhere, NATHANIAL JAMES HASHER, with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, that is, a voicemail to victim M.G. which included the following message:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970




All in violation of Title 18, United States Code, Section 875(c).

**COUNT 2**

**(Threats by Interstate Communications)**

On or about December 4, 2025, in Clark County, in the Western District of Washington, and elsewhere, NATHANIAL JAMES HASHER, with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, that is, an email to victim G.G. which included the following messages:

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Nate Hasher**

DEC 4 AT 4:47 PM

you listen and you listen good. if we the people must kill you ? or anybody that stands against we the people. we will kill all your and you and police and sheriff's with military and US Federal Marshalls to take our country back. and let me JUSTICE ⚙️⚖️⚙️ BE JUSTICE... YOUR FBI WILL ALL GET KILLED DEAD FOR THE STATES CORRUPTION. This is a fact not a opinion... Minnesota State is done. Do you understand joy in watching your children murder ? I doubt it until the .44 magnum places on you family dinner 🍽️ table as everyone is executed Then your cut into pieces to watch. you ? I would say your Fuked both ways. because you probably will get no love. We the people will gut Minnesota State out to rot. That's not my problem that's your problem. probably already to late. Tim Walz and Kieth Ellison both need to be found executed hung up on bottom of the Mississippi river after fish ate the to the bone 🪝 hooked on lines to pull their dead bodies outta river you fuk.

Thanks for messaging my Facebook page. If you have a legislative question, please email me at [redacted]@Senate.mn. - Glenn

Your Fuked either way.. maybe take your family and move into the mountains is the only advice I can give to save you.

All of the United States of America ? They all want you all killed dead.

That's a fact

All in violation of Title 18, United States Code, Section 875(c).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

And the complainant states that this Complaint is based on the following information:

I, Lauren Grover, being first duly sworn on oath, depose and say:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been so employed since June of 2025. At the start of my employment, I completed the 19-week FBI Academy and was trained in investigative techniques, procedures, and strategies. During my training at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause.

2. I presently am assigned to work a variety of criminal matters, including the investigation of offenses such as violent crimes. In the course of investigations targeting violent crimes, I have utilized techniques to include subpoenas for information, interviewing victims and witnesses to crime, among other techniques.

## II. PURPOSE OF THIS AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against NATHANIAL JAMES HASHER for the offense of Threats by Interstate Communication, in violation of Title 18, United States Code, Section 875(c).

## III. THE INVESTIGATION

### Victim M.G.

4. Between November 13, 2025, and November 14, 2025, NATHANIAL JAMES HASHER called Communities United Against Police Brutality, a nonprofit organization focused on police accountability in Minneapolis, Minnesota. M.G. is the president of the nonprofit and was interviewed on December 1, 2025, by FBI Special



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Agents of the Minneapolis Division. The nonprofit reported having received multiple threatening voicemails from phone number 509-608-2853, which included threatening to "smoke" M.G. due to the nature of the nonprofit organization. One of HASHER's communications to M.G. is depicted below in Figure 1.




Figure 1

5. Using law enforcement databases, agents were able to confirm 509-608-2853 is a number associated to HASHER. M.G.'s nonprofit historically received calls from HASHER and had not reported the calls to law enforcement but elected to report these threatening calls due to their escalated nature.

<u>Victim G.G.</u>

6. On December 4, 2025, the Facebook public social media platform for G.G. was contacted by HASHER utilizing a Facebook account with the name "Nate Hasher," which was found to be attributable to HASHER. HASHER proceeded to send threatening messages to G.G.'s public account as depicted below in Figure 2. The threats included text that alluded to the potential need to "kill" G.G. due to political motivations. A report was made by the Minnesota State Troopers, who had the phone number 509-608-2853



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

associated with the incident and with HASHER before being brought to the attention of the FBI.




Figure 2

<u>Threatening Contact with J.B.</u>

7. On December 5, 2025, HASHER called J.B. and left a threatening voicemail, which included the following message:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

> "This is Nathaniel James Hasher and your fucking state auditor J.B., has anybody pulled up into her driveway and fucking shot at her to kill her for no accountability of any kind of fucking transparency where the fuck do you people get off on your fucking third generation shit's gonna hit the fan. Where the fuck is J.B. now? All of the sudden, she's invisible and doesn't know and doesn't hold any accountability to anything except for a bullet in her fucking head. Give me a call answer my fucking question my number is 509-608-2853 and my names is Nathaniel James Hasher."

8. Minnesota State Troopers contacted J.B., who felt a need to be vigilant and experienced fear as J.B. felt the call "very clearly intended to communicate an act of violence."

9. Agents are aware that HASHER was located in Vancouver, WA during the time of the above threatening communications due to local enforcement agencies in Washington State investigating HASHER for local threats made and tracking the phone number utilized by HASHER of 509-609-2853.

<u>Hasher Traveled to Minneapolis</u>

10. On May 12, 2026, Minneapolis Police Department received a report from a concerned party who had recently been contacted by HASHER. Specifically, HASHER informed the concerned party that he was planning to travel up to Minneapolis, Minnesota and take hostages at the Federal Reserve Building. HASHER explained he would arrive on May 13, 2026.

11. On May 13, 2026, HASHER was contacted by law enforcement inside of the Minnesota Centennial Building in St. Paul, Minnesota and was taken into custody. HASHER is currently being held by Ramsey County Sheriff's Office out of St. Paul, Minnesota.

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. Based on the above facts, and the fact that HASHER's behavior and threats have escalated over time, I respectfully submit that there is probable cause to believe that NATHANIAL JAMES HASHER did knowingly and intentionally commit the crimes of Threats by Interstate Communications, in violation of Title 18, United States Code, Section 875(c).

LAUREN GROVER
Complainant
Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn and attested to me, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 13th day of May, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970