Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

September 30, 2026

JOSHUA C. LEWIS, Clerk

By ____________ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NATHANIAL JAMES HASHER,<br>Defendant. | NO. CR26-5302 DGE<br><br>**INDICTMENT** |

The Grand Jury charges that:

**<u>COUNT 1</u>**

**(Interstate Threat)**

On or about November 12, 2025, in Clark County, within the Western District of Washington, and elsewhere, NATHANIAL JAMES HASHER knowingly transmitted a communication, in interstate and foreign commerce, from the State of Washington to another state, that contained a threat to injure another person, that a reasonable person would view as a serious expression of a threat to injure, with the intent to threaten such person, and with knowledge that the communication would be viewed as a threat, i.e., a voicemail threatening to injure Victim 1.

All in violation of Title 18, United States Code, Section 875(c).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

**(Interstate Threat)**

On or about December 4, 2025, in Clark County, within the Western District of Washington, and elsewhere, NATHANIAL JAMES HASHER knowingly transmitted a communication, in interstate and foreign commerce, from the State of Washington to another state, that contained a threat to injure another person, that a reasonable person would view as a serious expression of a threat to injure, with the intent to threaten such person, and with knowledge that the communication would be viewed as a threat, i.e., a Facebook message threatening to kill and injure Victim 2 and their family.

All in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1 and 2, NATHANIAL JAMES HASHER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c), by way of Title 28, United States Code, Section 2461(c), any property that constitutes or is traceable to proceeds of the offense.

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 09/30/2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

Sarah Y. Vogel
Criminal Chief Assistant United States Attorney

Amy Jaquette
Assistant United States Attorney

Benjamin Lauenroth
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970